A96A1643. DEPARTMENT OF TRANSPORTATION v. SCOTT
et al.
(497 SE2d 274)

POPE, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Dept. of Transp. v. Scott*, 268 Ga. 579 (492 SE2d 216) (1997), our decision in *Dept. of Transp. v. Scott*, 224 Ga. App. 231 (480 SE2d 272) (1997), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Andrews, C. J., and Smith, J., concur.*

DECIDED MARCH 9, 1998.

*Thurbert E. Baker, Attorney General, Sanders, Haugen & Sears,*

*C. Bradford Sears, Jr.*, for appellant.
*Peek & Whaley, J. Corbett Peek, Jr., James G. Peek*, for appellees.